**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

DEC 10 1999

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Mattel, Inc., | CASE NUMBER: CV 99-11558 MMM (MANx) |
|---|---|
| PLAINTIFF(S), | |
| v. | ORDER RE TRANSFER PURSUANT |
| Barbara Miller | TO GENERAL ORDER 224 |
| DEFENDANT(S). | (Related Case) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: DEC 9 1999

Edwrad Rafeedie
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Rafeedie for all further proceedings.

Dated: December 9, 1999

Margaret M. Morrow
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case CV 97-2173 ER (Mcx) and the present case:

X A.   appear to arise from the same or substantially identical transactions, happenings or events.
X B.   involve the same or substantially the same parties or property.
X C.   involve the same plaintiff.
X D.   call for determination of the same or substantially identical questions of law.
X E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

<u>NOTICE TO COUNSEL FROM CLERK</u>:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge **Nagle** to Magistrate Judge **McMahon**.

On all documents subsequently filed in this case, please substitute the initials **ER (Mcx)** after the case number in place of the initials of the prior judge, so that the case number will read CV **99-11558 ER (Mcx)**. This is very important because documents are routed to the assigned judges by means of these initials.

ENTERED ON ICMS 12/10/99

CV-34 (09/97)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

NOV 19 1999             DEC 10 1999