```
FILED
CLERK, U.S. DISTRICT COURT

FEB 2 5 2000

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Mattel, Inc.                    )   NO. CV 99-11558-ER (MANx)
                                )
        Plaintiff s,            )
                                )   ORDER SETTING DISCOVERY
    v.                          )
                                )   CUTOFF, PRETRIAL CONFERENCE
Barbara Miller, et al.          )
                                )   AND TRIAL DATES
                                )
        Defendant s.            )
_____)

    The Court having reviewed the file in the above-
entitled action,

    IT IS HEREBY ORDERED that all discovery be completed
not later than   9/29/00   .

    IT IS FURTHER ORDERED that a Pretrial Conference is
calendared on   10/30/00   , at   1:30 P.M.  .

    IT IS FURTHER ORDERED that ~~Court/~~Jury trial is
calendared on   11/7/00   , at 9:30 a.m.

    IT IS FURTHER ORDERED that the cutoff for the filing
of any and all motions, except discovery motions, is   9/14/00

-1-

1 _____. Discovery motions must be filed and
2 heard prior to the discovery cutoff date.

3   Unless excused for good cause, each party appearing in
4 this action shall be represented at the Pretrial Conference, and
5 at all Pretrial meetings of counsel, by the attorney who will be
6 in charge of the trial on behalf of such party.

7   **IT IS FURTHER ORDERED** that all pretrial documents
8 required by Local Rule 9 be carefully prepared and timely filed
9 in full compliance with said Local Rule, and that all exhibits
10 shall be marked pursuant to Local Rule 8.

11   **IT IS SO ORDERED.**

12   The Court further orders the Clerk to serve copies of
13 this Order on all parties by United States mail.

DATED: FEB 2 5 2000

_____
EDWARD RAFEEDIE
United States District Judge

-2-