FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2000
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

ENTERED ON ICMS
FEB 28 2000
CV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Mattel, Inc.

          Plaintiff(s),

v.

Barbara Miller, et al.

          Defendant(s).

No. CV 99-11558 ER (MANx)

**ORDER RE:**

**PRETRIAL CONFERENCE**

    All parties are ordered to submit at the pretrial conference a statement to the Court reciting with particularity the following items, as the case may be:

**PLAINTIFF(S):**

    (1) Each theory of liability each plaintiff plans to pursue against each defendant at trial.

(2) The elements required to prove each theory of liability under the applicable legal standard.

(3) A brief statement of the specific facts relied upon to prove each element of every plaintiff theory of liability.

**DEFENDANT(S):**

(1) Every affirmative defense each defendant plans to raise at trial, and any counterclaims.

(2) The specific elements of every such affirmative defense or counterclaim, with such citations to appropriate authority.

(3) A brief statement of the specific facts relied upon to prove the elements of every affirmative defense or counterclaim.

No party will be permitted to proceed at trial on any claim or defense not set forth in accordance with this Order.

This statement shall be a short, concise, understandable and focused statement of the theories, elements and facts each party plans to pursue. If not properly done, the Court will order it done again until it meets the requirements of this Order.

Parties should note that the Court will use these statements by the parties to limit the trial to a consideration of issues and facts relevant to the theories of liability and defenses, to avoid trial proceedings likely to confuse a jury, to avoid unfocused proceedings resulting in an unnecessary waste of time, and to weigh the relevance and probativeness of evidence sought to be introduced.

1       This Order is intended to apprise the Court in advance of
2 trial of the exact nature of the issues relevant to the claims or
3 defenses of each party.

5       The parties, at their option, may include this statement
6 in the joint pretrial conference order.

7       **IT IS SO ORDERED.**

8       **IT IS FURTHER ORDERED** that the Clerk of the Court shall
9 serve, by United States mail, copies of this Order on counsel for
10 the parties in this matter.

      DATED: FEB 2 5 2000

                                       EDWARD RAFEEDIE
                               United States District Judge