1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Adrian M. Pruetz (Bar No. 118215)
2  Edith Ramirez (Bar No. 165872)
   A. Eric Bjorgum (Bar. No. 198392)
3  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
4  (213) 624-7707

5  Attorneys for Plaintiff
   Mattel, Inc.

Priority ___
Send ___
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. 99-11558 ER (MCx) |
| Plaintiff, | [PROPOSED] STIPULATED JUDGMENT AGAINST DAN MILLER AND BARBARA MILLER |
| v. | |
| BARBARA MILLER, an individual, DAN MILLER, an individual and DOES 1 through 10, inclusive, | |
| Defendants. | |

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 12 2000
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 8 2000
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

SEP 12 2000

04507/317466.1

Pursuant to the Stipulation for Entry of Judgment Against Dan Miller and Barbara Miller between plaintiff Mattel, Inc. ("Mattel") and defendants Dan Miller and Barbara Miller ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Judgment is hereby entered in favor of Mattel on each of its claims as set forth in the Complaint. This Judgment is entered into by consent of the parties, in full and final resolution of this civil action.

3. Defendants shall pay Mattel a total of $34,327.85 in damages (the "Judgment Sum").

4. Each Defendant shall be jointly and severally liable for the Judgment Sum.

5. The Judgment Sum shall not accrue interest.

6. Commencing on September 15, 2000, and continuing monthly thereafter for sixty (60) months until fully paid, the Judgment Sum shall be paid to Mattel by Defendants in monthly installments of $573.00. Each payment must be received by Mattel on the fifteenth day of each month. Each payment shall be made in the form of a check payable to Mattel, Inc. and shall be delivered to:

> Michele M. McShane, Esq.
> Vice President and Assistant General Counsel
> Mattel, Inc.
> Law Department - M.S. MI-11518
> 333 Continental Blvd.
> El Segundo, CA 90245-5012

7. Each party shall bear its own fees and costs incurred in connection with this action.

8. Execution on this Stipulated Judgment shall be stayed provided that Defendants regularly pay the monthly installments in the manner provided herein.

9. The Court shall retain jurisdiction to enforce this Stipulated Judgment until performance in full of its terms.

Dated: SEP 8 2000

*[signature]*
The Honorable Edward Rafeedie
United States District Court Judge

04507/317466.1

-3-

**PROOF OF SERVICE**
(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 865 SOUTH FIGUEROA STREET, 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017.

On **September 6, 2000**, I served the foregoing **[PROPOSED] STIPULATED JUDGMENT AGAINST DAN MILLER AND BARBARA MILLER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Dan Miller
Barbara Miller
1 West Sumner Avenue, Ste. 1
Spokane, Washington 99204-3551

__X__ **BY MAIL**

_____ I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon full prepaid.

__X__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 6, 2000**, at Los Angeles, California.

_____ **BY FACSIMILE**

I transmitted from a facsimile transmission machine whose telephone number is (213) 624-0643 the following documents described above to whose facsimile transmission machine telephone number is _____ _____. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

Executed on _____, at Los Angeles, California.

_____ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Pamela Haley**
Type or Print Name

Signature